OLIVER WILLIAMS, Respondent, *v.* CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.

*Williams* v. *Central R. R. Co. of New Jersey,* 93 App. Div. 582, affirmed.
(Argued October 23, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 4, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Robert Thorne* for appellant.

*Robert L. Luce* and *Frederick A. Blount* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.